**Order entered December 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01117-CV

### KENNETH SMITH AND SHANEL SMITH, Appellants

### V.

### JPMORGAN CHASE BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 17C-071-2**

## ORDER

The reporter's record in this appeal has not been filed because appellants have not paid for it. By letter dated November 7, 2017, we directed appellants to file, within ten days, written verification they had paid or made arrangements to pay the fee or are entitled to proceed without payment of costs. We cautioned appellants that failure to comply could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, however, appellants have not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.* As the clerk's record has been filed, we further **ORDER** appellants to file their brief no later than January 12, 2018.

/s/      CRAIG STODDART
            JUSTICE